IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02256-ZLW-MEH

ANDRE WHITELOW,

    Plaintiff,

v.

ALLEN STANLEY, Parole Board,
JOHN AND JANE DOE 1-10,
BILL SAMUDIO, West Metro Supervisor,
MATHEW HEAP, Supervisor,
MATE OLDORF, Parole Officer, and
DR. LYNN, Mental Health,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: Jan 30, 2007

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02256-ZLW-MEH

Andre Whitelow
Prisoner No. 115006
DRDC
PO Box 392004
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: Allen Stanley, Bill Samudio,
Mathew Heap, and Nate Oldrof,

Dr. Lynn - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Allen Stanley, Bill Samudio, Mathew Heap, and Nate Oldrof and to Cathie Holst for process of service on Dr. Lynn: COMPLAINT FILED 12/11/06, ORDER FILED 1/25/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/1/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk