IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02256-ZLW-MEH

ANDRE WHITELOW,

    Plaintiff,

v.

ALLEN STANLEY, Board of Parole,
JOHN AND JANE DOE 110,
BILL SAMUDI, West Metro Supervisor,
MATHEW HEAP, Supervisor,
MATE OLDORF, Parole Officer, and
DR. LYNN, Mental Health,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 23, 2007.**

    Defendants' Motion to Stay Proceedings Pending a Ruling on Defendants' Motion for Summary Judgment [filed October 19, 2007; doc #46] is **denied**. In accordance with this Court's Order of March 30, 2007, the parties shall file a Proposed Pretrial Order on or before **October 24, 2007** in anticipation of the Final Pretrial Conference on October 31, 2007.