IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02256-ZLW-MEH

ANDRE WHITELOW,

    Plaintiff,

v.

ALLEN STANLEY, Parole Board,
JOHN AND JANE DOE 1-10,
BILL SAMUDIO, West Metro Supervisor,
MATHEW HEAP, Supervisor,
MATE OLDORF, Parole Officer, and
DR. LYNN, Mental Health,

    Defendants.
_____

## ORDER
_____

The matter before the Court is an Unopposed Motion To Amend The Caption To Remove Dr. Lynn (Doc. No. 54). It is

ORDERED that the Unopposed Motion To Amend The Caption To Remove Dr. Lynn (Doc. No. 54; Nov. 5, 2007) is granted. It is

FURTHER ORDERED that Dr. Lynn shall be removed from the caption.

DATED at Denver, Colorado, this  28  day of November, 2007.

                    BY THE COURT:

                    _____
                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court