IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02256-ZLW-MEH

ANDRE WHITELOW,

      Plaintiff,

v.

ALLEN STANLEY, Parole Board,
JOHN AND JANE DOE 1-10,
BILL SAMUDIO, West Metro Supervisor,
MATHEW HEAP, Supervisor, and
MATE OLDORF, Parole Officer,

      Defendants.

_____

## ORDER
_____

      The matter before the Court is Defendants'[1] Motion For Summary Judgment

(Doc. No. 32).  This motion was referred to Magistrate Judge Michael E. Hegarty

pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  On September 14, 2007,

the Magistrate Judge issued his Recommendation that the motion should be granted.

Plaintiff has filed no objections to the Recommendation.

      The Court, after careful consideration, agrees with the Magistrate Judge's

analysis and conclusion, and hereby accepts and adopts his findings and

Recommendation.

_____

[1]Allan Stanley (incorrectly referred to as Allen Stanley in the caption), Bill Samudio, Mathew
Heap, and Nathan Oldorf (incorrectly referred to as Mate Oldorf in the caption) filed the motion.

Although the Complaint was filed on December 11, 2006, it appears that no service has been made upon John and Jane Doe 1-10. Therefore, it is

ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 32; June 4, 2007) is granted, and the Complaint and cause of action are dismissed without prejudice as to Defendants Allan Stanley, Bill Samudio, Mathew Heap, and Nathan Oldorf. It is

FURTHER ORDERED that Plaintiff shall show cause, in writing, on or before December 12, 2007, why this Complaint and cause of action should not be dismissed as to Defendants John and Jane Doe 1-10 for failure to prosecute.[2] It is

FURTHER ORDERED that in the event that such showing is not made, on December 19, 2007, Defendants John and Jane Doe 1-10 will be dismissed without prejudice for failure to prosecute, and judgment will be entered dismissing the Complaint and cause of action in its entirety.

DATED at Denver, Colorado, this ___28___ day of November, 2007.

BY THE COURT:

_Zita L. Weinshienk_

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

_____

[2]See D.C.Colo.LCivR 41.1.

2