IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02256-ZLW-MEH

ANDRE WHITELOW,

    Plaintiff,

v.

ALLEN STANLEY, Parole Board,
JOHN AND JANE DOE 1-10,
BILL SAMUDIO, West Metro Supervisor,
MATHEW HEAP, Supervisor, and
MATE OLDORF, Parole Officer,

    Defendants.

_____

ORDER
_____

On November 28, 2007, the Court ordered Plaintiff to show cause, in writing, on or before December 12, 2007, why the Complaint and cause of action should not be dismissed as to Defendants John and Jane Doe 1-10 for failure to prosecute.[1]  Plaintiff has not responded to the show cause Order.  Accordingly, it is

---

[1] See D.C.COLO.LCivR 41.1.

ORDERED that Defendants John and Jane Doe 1-10 are dismissed without prejudice for failure to prosecute, and judgment is entered dismissing the Complaint and cause of action in its entirety.

DATED at Denver, Colorado, this __3__ day of January, 2008.

BY THE COURT:

*Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court